DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO RIVERA-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO RIVERA-AGUILAR,<br><br>　　　　　Defendant.<br>_____ | NO. CR.S-10-248-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: December 14, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for FRANCISCO RIVERA-AGUILAR, that the status conference hearing date of December 8, 2010 be vacated, and the matter be set for status conference on December 14, 2010 at 9:30 a.m.

　　　　The reason for this continuance is to allow defense counsel additional time to receive the plea agreement and then to review it with the defendant.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 14, 2010 pursuant to 18

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 1, 2010.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Caro Marks
                                            CARO MARKS
                                            Designated Counsel for Service
                                            Attorney for Francisco Rivera-Aguilar

DATED: December 1, 2010.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Caro Marks for
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 8, 2010, status conference hearing be continued to December 14, 2010, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 14, 2010 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 12/1/2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge