1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FRANCISCO RIVERA-AGUILAR

6

7
               IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  NO. CR.S-10-248-JAM
11                                )
                  Plaintiff,      )       AMENDED
12                                )   STIPULATION AND ORDER;
        v.                        )  CONTINUING STATUS CONFERENCE
13                                )     AND EXCLUDING TIME
   FRANCISCO RIVERA-AGUILAR,      )
14                                )  Date:  February 8, 2011
                  Defendant.      )  Time:  9:30 a.m.
15 _____ )  Judge: Hon. John A. Mendez

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHAEL ANDERSON, Assistant United States
18
   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for
19
   FRANCISCO RIVERA-AGUILAR, that the status conference hearing date of
20
   January 25, 2011 be vacated, and the matter be set for status
21
   conference on February 8, 2011 at 9:30 a.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to receive certain records relating to the defendant's
24
   background, and provide them to the government and Probation.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including February 8, 2011 pursuant to 18 U.S.C.
28

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
T4 based upon continuity of counsel and defense preparation.

DATED:  January 24, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Francisco Rivera-Aguilar

DATED:  January 24, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHAEL ANDERSON
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff




                                   ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the January 25, 2011,  status conference hearing be
continued to February 8, 2011, at 9:30 a.m.  Based on the
representation of defense counsel and good cause appearing there from,
the Court hereby finds that the failure to grant a continuance in this
case would deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  The
Court finds that the ends of justice to be served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  It is ordered that time up to and including the
February 8, 2011 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 1/24/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge